1  PHILIP A. SCHNAYERSON (CSBN 41825)
2  GARCIA, SCHNAYERSON & THOMPSON
   ATTORNEYS AT LAW
3  225 West Winton
   Suite 208
4  Hayward, California  94544
5  (510) 887-7445

6  Attorney for Defendant
   CHRISTOPHER PHAOUTHOUM
7

8              IN THE UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                    OAKLAND DIVISION

11 THE UNITED STATES OF AMERICA,    )
12                                  )   CASE NO. CR-14-00042 JST
       Plaintiffs,                  )
13                                  )   **STIPULATION AND** ~~**PROPOSED**~~
                                    )   **ORDER FOR CONTINUANCE OF**
14 vs.                              )   **SENTENCING HEARING**
                                    )
15                                  )
   CHRISTOPHER PHAOUTHOUM           )
16                                  )
                                    )
17     Defendant.                   )
   _____  )
18

19     Christopher Phaouthoum, by and through his counsel, Philip A. Schnayerson, and

20 the United States Government, by and through its counsel, Aaron D. Wegner, Assistant United

21 States Attorney, jointly stipulate and respectfully request the Court to reset the sentencing

22 hearing presently set for November 21, 2014, be re-scheduled for February 20, 2015. This

23 continuance is necessary as a prior conviction the may be eligible for a reduction to a

24
   misdemeanor pursuant to Proposition 47 which may affect his sentencing guidelines. Defense
25
26 requests additional time to determine if the prior conviction meets the requirements under the

27 STIPULATION AND (~~PROPOSED~~) ORDER TO CONTINUE SENTENCING
28 CR-14-00042 JST

1  new proposition.

2  Dated: November 17, 2014

                                       Respectfully submitted,

                                         /S/
                                      PHILIP A. SCHNAYERSON
                                      Attorney for Defendant
                                      CHRISTOPHER PHAOUTHOUM

DATED: November 17, 2014

                                         /S/
                                      AARON D. WEGNER
                                      Assistant United States Attorney

                                   **(PROPOSED) ORDER**

      The sentencing date presently scheduled for November 21, 2014, is continued to February 20, 2015.

IT IS SO ORDERED.

DATED:  November 18, 2014

IT IS SO ORDERED.

Judge Jon S. Tigar

STIPULATION AND (PROPOSED) ORDER TO CONTINUE SENTENCING
CR-14-00042 JST